IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 2 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR100 |
| | § | Judge Crone |
| JOE AMIDI | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Joe Amidi**, intends to plead guilty to the related charges pending before this court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 19349300
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic filing to defense counsel on May 21, 2014.

___/s/_____
HEATHER RATTAN