IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 2 2 2014
BY DAVID J. MALAND, CLERK
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:14CR100 |
| | § | Judge Crone |
| JOE AMIDI | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Joe Amidi**, (Amidi) is charged in Count One of the Information with a violation of 21 U.S.C. § 846 which makes it a crime for anyone to conspire with someone else to commit a violation of certain controlled substances laws of the United States. In this case, **Amidi** is charged with conspiring to possess with intent to distribute a controlled substance or controlled substances.

1. That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute a controlled substance or controlled substances.

2. That the defendant knew of the unlawful purpose of the agreement; and

3. That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Respectfully submitted,

JOHN M. BALES
United States Attorney

\_\_\_/s/_____
HEATHER RATTAN
Assistant United States Attorney
Texas Bar No. 19349300
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Heather.Rattan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on this the 21th day of May, 2013.

\_\_\_/s/_____
HEATHER RATTAN