IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR100 |
| | § | Judge Mazzant |
| JOE AMIDI | § | |

## ORDER DISMISSING THE INFORMATION

The United States having filed its Motion to Dismiss the Information in the above-captioned case, herein pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and good cause appearing;

IT IS HEREBY ORDERED that the Information in the above-captioned case is dismissed without prejudice.

**SIGNED this 1st day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE